883 A.2d 345

IN THE MATTER OF CHRIS C. OLEWUENYI AN ATTORNEY
AT LAW (ATTORNEY NO. 014701998)

September 30, 2005.

# O R D E R

**CHRIS C. OLEWUENYI** of **UNION**, who was admitted to the bar of this State in 1998, having pleaded guilty in the United States District Court for the District of New Jersey to a federal information charging him with conspiracy to defraud a financial institution, in violation of 18 *U.S.C.A.* 371, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **CHRIS C. OLEWUENYI** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **CHRIS C. OLEWUENYI** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **CHRIS C. OLEWUENYI** comply with *Rule* 1:20–20 dealing with suspended attorneys.